FILED

2018 SEP 12 PM 4: 19

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:18-cr-410T35 AEP

21 U.S.C. § 841

ANGELICA MARIA SIERRA CAMPE,
  also known as "Angie"

## INDICTMENT  SEALED

The Grand Jury charges:

### COUNT ONE
(Distribution of Heroin)

On or about April 27, 2018, in the Middle District of Florida, and elsewhere, the defendant,

ANGELICA MARIA SIERRA CAMPE,
  also known as "Angie,"

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1).



## COUNT TWO
(Distribution of Heroin and Fentanyl with Serious Bodily Injury)

On or about May 30, 2018, in the Middle District of Florida, and elsewhere, the defendant,

**ANGELICA MARIA SIERRA CAMPE,**
also known as "Angie,"

did knowingly and intentionally distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance, resulting in serious bodily injury to M.C.H. from the use of such substance and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Thomas N. Palermo
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

3

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

THE UNITED STATES OF AMERICA

vs.

Angelica Maria Sierra Campe, also known as "Angie"

## INDICTMENT

Violations:  21 U.S.C. § 841

A true bill,

_____
Foreperson

Filed in open court this 12th day

of September 2018.

_____
Clerk

Bail $_____

GPO 863 525